**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Fidencio FLORES, Jr., Defendant–**
**Appellant.**

**No. 09–30382**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Camille Ann Domingue, Assistant U.S. Attorney, Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Lou-

---

**572**

isiana, Shreveport, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Fidencio Flores, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.